```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM FRANCIS KLAUS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:11-CV-00086-GGH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his cross-motion for summary judgment.

The extension is being sought because defendant's counsel has had ongoing frequent medical leave and absences from the office during the past month. In addition, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties. Several senior attorneys have recently left the regional counsel's office and cannot be replaced due to the hiring freeze, including a senior attorney who retired, a senior attorney who relocated to Baltimore, and our regional chief counsel who received a promotion.

   Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be January 17, 2012.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

Dated: December 19, 2011         /s/ *Ann M. Cerney*
                                          (As authorized via e-mail)
                                          ANN M. CERNEY
                                          Attorney for Plaintiff

Dated: December 19, 2011         BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ *Brenda M. Pullin*
                                          BRENDA M. PULLIN
                                          Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: December 23, 2011

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE