1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   45 Hunter Square Plaza
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8          UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                    —o0o—

10  WILLIAM FRANCIS KLAUS,              CASE NO. 2:11-CV-00086-GGH

11              Plaintiff,              ORDER EXTENDING
                                        PLAINTIFF'S TIME TO REPLY TO
12  vs.                                 DEFENDANT'S CROSS-MOTION FOR
                                        SUMMARY JUDGMENT
13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16          Pursuant to the stipulation of the parties showing good cause for a requested extension of

17  Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18  hereby APPROVED.

19          Plaintiff shall file his reply on or before March 15, 2012.

20          SO ORDERED.

21

22  DATED: February 22, 2012

23                                      /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                            1
    STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY
    JUDGMENT